# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| EBONY JONES, on behalf of herself and others similarly situated, | Civil Action No. 1:19-cv-06736 |
| Plaintiff, | Judge Jorge L. Alonso |
| v. | |
| CBC RESTAURANT CORP d/b/a CORNER BAKERY CAFE, | |
| Defendant. | |

## PLAINTIFF'S UNOPPOSED MOTION FOR
## PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

For the reasons stated in her accompanying Memorandum of Law, Plaintiff and proposed class representative Ebony Jones, on behalf of herself and the settlement class she seeks to represent, moves this Court to grant preliminary approval of the class action settlement and to enter her proposed Preliminary Approval Order. Defendant does not oppose this motion.

Dated: May 22, 2020

Respectfully submitted,

/s/Zachary C. Flowerree
*One of Plaintiff's Attorneys*

Douglas M. Werman (dwerman@flsalaw.com)
Maureen A. Salas (msalas@flsalaw.com)
Sarah J. Arendt (sarendt@flsalaw.com)
Zachary C. Flowerree (zflowerree@flsalaw.com)
**WERMAN SALAS P.C.**
77 West Washington St., Suite 1402
Chicago, Illinois 60602
Tel: (312) 419-1008
Fax: (312) 419-1025

*Attorneys for Plaintiffs and others Similarly Situated*