## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

EBONY JONES, on behalf of herself
and others similarly situated,

      Plaintiff,

          v.

CBC RESTAURANT CORP d/b/a
CORNER BAKERY CAFE,

      Defendant.

Civil Action No. 1:19-cv-06736

Judge Jorge L. Alonso

## PLAINTIFF'S RENEWED[1] UNOPPOSED MOTION FOR
## PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

For the reasons stated in her accompanying Memorandum of Law, Plaintiff and proposed class representative Ebony Jones, on behalf of herself and the settlement class she seeks to represent, moves this Court to grant preliminary approval of the class action settlement and to enter her proposed Preliminary Approval Order, which Plaintiff will submit to the Court's proposed order e-mail box. Defendant does not oppose this motion.

Dated: June 2, 2020

Respectfully submitted,

/s/Zachary C. Flowerree
*One of Plaintiff's Attorneys*

Douglas M. Werman (dwerman@flsalaw.com)
Maureen A. Salas (msalas@flsalaw.com)
Sarah J. Arendt (sarendt@flsalaw.com)

---

[1] After Plaintiff filed her original Unopposed Motion for Preliminary Approval, the Court entered an order denying the Motion without prejudice because the Settlement limited the ability of class members: "(1) to object to the settlement; (2) to speak at the fairness hearing; and (3) to appeal." ECF No. 40, Order at 3. The Court granted the parties 56 days to file a new motion for preliminary approval to correct those issues and to inform the Court of the named plaintiff's efforts in the case. *Id.* Plaintiff now files this Renewed Unopposed Motion for Preliminary Approval to correct the issues identified by the Court.

Zachary C. Flowerree (zflowerree@flsalaw.com)
**WERMAN SALAS P.C.**
77 West Washington St., Suite 1402
Chicago, Illinois 60602
Tel: (312) 419-1008
Fax: (312) 419-1025

*Attorneys for Plaintiffs and others Similarly Situated*

1