IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EBONY JONES, on behalf of herself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CBC RESTAURANT CORP d/b/a CORNER BAKERY CAFE, <br><br> Defendant. | Civil Action No. 1:19-cv-06736 <br><br> Judge Jorge L. Alonso |

**PLAINTIFF'S UNOPPOSED MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

For the reasons stated in her accompanying Memorandum of Law, Plaintiff, on behalf of herself and members of the settlement class, requests that the Court grant final approval of the parties' class action settlement and enter her proposed Final Approval Order.

Respectfully submitted,

Dated: October 8, 2020

/s/Zachary C. Flowerree
One of the Attorneys for Plaintiff and
Rule 23 Settlement Class Members

Douglas M. Werman (dwerman@flsalaw.com)
Maureen A. Salas (msalas@flsalaw.com)
Sarah J. Arendt (sarendt@flsalaw.com)
Zachary C. Flowerree (zflowerree@flsalaw.com)
**WERMAN SALAS P.C.**
77 West Washington St., Suite 1402
Chicago, Illinois 60602
Tel: (312) 419-1008

*Attorneys for Plaintiff and
Class Members*

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served on Defendant's counsel of record via the Court's electronic case filing system on the date reflected in the Court's electronic case filing records.

/s/Zachary C. Flowerree