# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Ebony Jones

                Plaintiff,

v.                                                 Case No.: 1:19−cv−06736
                                                          Honorable Jorge L. Alonso

CBC Restaurant Corp.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 22, 2020:

      MINUTE entry before the Honorable Jorge L. Alonso: Telephonic hearing on settlement held. For the reasons stated on the record, Plaintiff's unopposed motion for final approval of class action settlement [49] is granted. Enter Final Approval Order. Notice mailed by judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.